IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 12-00262-01-CR-W-HFS |
| ROSALIO SILVA-CEBRERA, | |
| Defendant. | |

**O R D E R**

Upon motion of the United States of America, the Indictment against defendant ROSALIO SILVA-CEBRERA, returned on September 4, 2012, is hereby dismissed.

/s/ Howard F. Sachs
Howard F. Sachs
United States District Court Judge

February 28, 2013

Kansas City, Missouri